FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2019 AUG 13 PM 3:32

CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA, FLORIDA

UNITED STATES OF AMERICA

v.

CASE NO. 8:19-cr-348-T-02AAS

LUIS ARNOBIO DEL RIO-JIMENEZ,
  a/k/a "Tio," a/k/a "Senor,"
WILLIAN HERRERA-RUEDA,
  a/k/a "Don Jocobo," a/k/a "William,"
  a/k/a "Flaco,"
ALFONSO TORRES-ALZATE, a/k/a "Macario," a/k/a "El Invalido,"
CARLOS ALBERTO ARIAS, a/k/a "Paisa,"
ADER WILBERTO CASTILLO-CAICEDO, a/k/a "Firi,"
MARTIN CASTILLO-QUINONES, a/k/a "Enano," a/k/a "El Viejo,"
ALFONSO TORRES-ESTUPINAN, a/k/a "Perro Loco," a/k/a "Cascarrabias,"
  a/k/a "El Viejo,"
LERNER ALBERTO DAZA-MARTINEZ, a/k/a "Leiner,"
GABRIEL JAIME MARIN-MACIAS, a/k/a "Chepe,"
  a/k/a "Solin Aldru Marin-Macias," a/k/a "Solin Aldrua Rodriguez-Masias",
  a/k/a "El Veterinaro," and
ANDERSON DEL RIO-PASOS

21 U.S.C. §§ 959 and 963
46 U.S.C. §§ 70503(a), 70506(a) and (b)
21 U.S.C. §§ 853, 881, 970—Forfeiture
46 U.S.C. § 70507—Forfeiture

SEALED

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

From an unknown date, continuing through and including the date of this Indictment, in the Middle District of Florida and elsewhere, the defendants,

LUIS ARNOBIO DEL RIO-JIMENEZ, a/k/a "Tio," a/k/a "Senor,"
WILLIAN HERRERA-RUEDA,
a/k/a "Don Jocobo," a/k/a "William," a/k/a "Flaco,"
ALFONSO TORRES-ALZATE, a/k/a "Macario," a/k/a "El Invalido,"
CARLOS ALBERTO ARIAS, a/k/a "Paisa,"

ADER WILBERTO CASTILLO-CAICEDO, a/k/a "Firi,"
MARTIN CASTILLO-QUINONES, a/k/a "Enano," a/k/a "El Viejo,"
ALFONSO TORRES-ESTUPINAN,
a/k/a "Perro Loco," a/k/a "Cascarrabias," a/k/a "El Viejo,"
LERNER ALBERTO DAZA-MARTINEZ, a/k/a "Leiner,"
GABRIEL JAIME MARIN-MACIAS,
a/k/a "Chepe," a/k/a "Solin Aldru Marin-Macias,"
a/k/a "Solin Aldrua Rodriguez-Masias", a/k/a "El Veterinaro," and
ANDERSON DEL RIO-PASOS

did knowingly and willfully combine, conspire and agree with other persons, known and unknown to the Grand Jury, to distribute five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, knowing, intending and having reasonable cause to believe that such substance would be unlawfully imported into the United States, in violation of 21 U.S.C. § 959.

All in violation of 21 U.S.C. §§ 963 and 960(b)(1)(B)(ii).

## COUNT TWO

From an unknown date, continuing through and including the date of this Indictment, in the Middle District of Florida and elsewhere, the defendants,

LUIS ARNOBIO DEL RIO-JIMENEZ, a/k/a "Tio," a/k/a "Senor,"
WILLIAN HERRERA-RUEDA,
a/k/a "Don Jocobo," a/k/a "William," a/k/a "Flaco,"
ALFONSO TORRES-ALZATE, a/k/a "Macario," a/k/a "El Invalido,"
CARLOS ALBERTO ARIAS, a/k/a "Paisa,"
ADER WILBERTO CASTILLO-CAICEDO, a/k/a "Firi,"
MARTIN CASTILLO-QUINONES, a/k/a "Enano," a/k/a "El Viejo,"
ALFONSO TORRES-ESTUPINAN,
a/k/a "Perro Loco," a/k/a "Cascarrabias," a/k/a "El Viejo,"
LERNER ALBERTO DAZA-MARTINEZ, a/k/a "Leiner,"

2

      GABRIEL JAIME MARIN-MACIAS,
a/k/a "Chepe," a/k/a "Solin Aldru Marin-Macias,"
a/k/a "Solin Aldrua Rodriguez-Masias", a/k/a "El Veterinaro," and
       ANDERSON DEL RIO-PASOS

did knowingly, willfully and intentionally conspire with each other and other persons, known and unknown to the Grand Jury, to possess with intent to distribute five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, while upon the high seas on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. §§ 70503(a) and 70506(a) and (b), and 21 U.S.C. § 960(b)(1)(B)(ii).

## FORFEITURE

  1.  The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of 21 U.S.C. §§ 853 and 970, 46 U.S.C. § 70507, 21 U.S.C. § 881(a), and 28 U.S.C. § 2461(c).

  2.  Upon their convictions of any of the violations alleged in Count One of this Indictment, the defendants,

    LUIS ARNOBIO DEL RIO-JIMENEZ, a/k/a "Tio," a/k/a "Senor,"
        WILLIAN HERRERA-RUEDA,
    a/k/a "Don Jocobo," a/k/a "William," a/k/a "Flaco,"
  ALFONSO TORRES-ALZATE, a/k/a "Macario," a/k/a "El Invalido,"
      CARLOS ALBERTO ARIAS, a/k/a "Paisa,"
    ADER WILBERTO CASTILLO-CAICEDO, a/k/a "Firi,"
  MARTIN CASTILLO-QUINONES, a/k/a "Enano," a/k/a "El Viejo,"
       ALFONSO TORRES-ESTUPINAN,
    a/k/a "Perro Loco," a/k/a "Cascarrabias," a/k/a "El Viejo,"
    LERNER ALBERTO DAZA-MARTINEZ, a/k/a "Leiner,"
       GABRIEL JAIME MARIN-MACIAS,
    a/k/a "Chepe," a/k/a "Solin Aldru Marin-Macias,"

a/k/a "Solin Aldrua Rodriguez-Masias", a/k/a "El Veterinaro," and
ANDERSON DEL RIO-PASOS

shall forfeit to the United States, pursuant to 21 U.S.C. §§ 853 and 970, all of their right, title, and interest in:

    a. property constituting and derived from any proceeds the defendant obtained, directly or indirectly, as the result of such violations; and,

    b. property used and intended to be used in any manner or part to commit or to facilitate the commission of such violations.

3. Upon their conviction of any of the violations alleged in Count Two of this Indictment, the defendants,

LUIS ARNOBIO DEL RIO-JIMENEZ, a/k/a "Tio," a/k/a "Senor,"
WILLIAN HERRERA-RUEDA,
a/k/a "Don Jocobo," a/k/a "William," a/k/a "Flaco,"
ALFONSO TORRES-ALZATE, a/k/a "Macario," a/k/a "El Invalido,"
CARLOS ALBERTO ARIAS, a/k/a "Paisa,"
ADER WILBERTO CASTILLO-CAICEDO, a/k/a "Firi,"
MARTIN CASTILLO-QUINONES, a/k/a "Enano," a/k/a "El Viejo,"
ALFONSO TORRES-ESTUPINAN,
a/k/a "Perro Loco," a/k/a "Cascarrabias," a/k/a "El Viejo,"
LERNER ALBERTO DAZA-MARTINEZ, a/k/a "Leiner,"
GABRIEL JAIME MARIN-MACIAS,
a/k/a "Chepe," a/k/a "Solin Aldru Marin-Macias,"
a/k/a "Solin Aldrua Rodriguez-Masias", a/k/a "El Veterinaro," and
ANDERSON DEL RIO-PASOS

shall forfeit to the United States, pursuant to 46 U.S.C. § 70507, 21 U.S.C. § 881(a), and 28 U.S.C. § 2461(c), any and all property described in 21 U.S.C. § 881(a), including, but not limited to:

    a. Property furnished or intended to be furnished in exchange for a controlled substance;

4

   b. Property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such violations; and

   c. All moneys and conveyances used, or intended to be used, to commit, or to facilitate the commission of the alleged offense.

4. If any of the property described above as being subject to forfeiture as a result of any act or omission of the defendants:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred, sold to, or deposited with a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or,

   e. has been commingled with other property which cannot be subdivided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
JOSEPH K. RUDDY
Assistant United States Attorney
Chief, Transnational Organized Crime Section

By: _____
JOSEPHINE W. THOMAS
Assistant United States Attorney
Chief, Criminal Division

FORM OBD-34
August 19

No. _____

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

LUIS ARNOBIO DEL RIO-JIMENEZ a/k/a "Tio," a/k/a "Senor,"
WILLIAN HERRERA-RUEDA, a/k/a "Don Jocobo," a/k/a "William," a/k/a "Flaco"
ALFONSO TORRES-ALZATE, a/k/a "Macario," a/k/a "El Invalido,"
CARLOS ALBERTO ARIAS, a/k/a "Paisa,"
ADER WILBERTO CASTILLO-CAICEDO, a/k/a "Firi,"
MARTIN CASTILLO-QUINONES, a/k/a "Enano," a/k/a "El Viejo,"
ALFONSO TORRES-ESTUPINAN, a/k/a "Perro Loco," a/k/a "Cascarrabias," a/k/a "El Viejo,"
LERNER ALBERTO DAZA-MARTINEZ, a/k/a "Leiner,"
GABRIEL JAIME MARIN-MACIAS, a/k/a "Chepe," a/k/a "Solin Aldru Marin-Macias,"
a/k/a "Solin Aldrua Rodriguez-Masias", a/k/a "El Veterinaro," and
ANDERSON DEL RIO-PASOS

## INDICTMENT

Violations: 21 U.S.C. §§ 959 and 963, and 46 U.S.C. §§ 70503(a) and 70506(a) and (b)

A true bill,

_____
Foreperson

Filed in open court this 13th day of August 2019.

_____
Clerk

Bail $_____

GPO 863 525