UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 8:19-CR-348

UNITED STATES OF AMERICA

v.

LUIS ARNOBIO DEL RIO-JIMENEZ,
and ANDERSON DEL RIO-PASOS,
et al.

      Defendants.

                                    /

## **MOTION TO DETERMINE WAIVER OF CONFLICT**

COMES NOW, Defendants Luis Arnobio Del Rio-Jimenez and Anderson Del Rio-Pasos, by and through their undersigned counsel, hereby moves this Court to conduct a *Garcia* Hearing pursuant *United States v. Garcia*, 517 F.2d 272 (5th Cir. 1975) and Rule 44, stating:

1.     On August 13, 2019, Defendants Luis Arnobio Del Rio-Jiminez and Anderson Del Rio-Pasos, father and son, were charged by Indictment in the above-captioned matter.

2.     The undersigned counsel was retained by the Defendants and began actively working with the government to facilitate their travel and transportation from Colombia to the Middle District of Florida to face the allegations against them.

3.     Defendant Anderson voluntarily surrendered on March 26, 2021, and

Defendant Luis was successfully and voluntarily extradited from Colombia on May 14, 2021.

4.      The purpose of the requested *Garcia* Hearing is to determine if the Defendants knowingly and voluntarily waive any actual or potential conflicts of interest that may be created by the joint representation in this case.

5.      Prior to their surrender, the Defendants have communicated their waiver and desire to maintain joint representation, but as required by Rule 44(c), this Court should conduct an appropriate *Garcia* Hearing to confirm that the Defendants' waiver is knowing and voluntary, that the Defendants understand and have awareness of the circumstances and consequences of their waiver, and that the Defendants did so with advice from independent counsel.  *See Garcia*, 517 F.2d at 276 and 277-78 (detailing the procedures the district court could employ to establish the record of the defendants' waivers).

WHEREFORE, the Defendants Luis Arnobio Del Rio-Jiminez and Anderson Del Rio-Pasos request that this Court conduct a *Garcia* Hearing at a time and date that is convenient for the Court.

Case No. 8:19-CR-348

Dated: May 17, 2021

Respectfully submitted,

The Law Offices of Guy A. Lewis PLLC
12575 SW 67th Avenue
Pinecrest, Florida 33156
Tel: (954) 688-6340

By:   */s/ Guy A. Lewis*
    GUY A. LEWIS
    Fla. Bar No. 623740
    lewis@lewistein.com
    JEFFREY M. FORMAN
    Florida Bar No. 105135
    jforman@lewistein.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 17, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that a true and correct copy of the foregoing has been served electronically via the CM/ECF System on all counsel of record.

    */s/ Guy A. Lewis*
    GUY A. LEWIS

3