UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO. 8:19-cr-348-WFJ-AAS

CARLOS ALBERTO ARIAS

**MOTION BY THE UNITED STATES FOR DOWNWARD
DEPARTURE OF DEFENDANT'S SENTENCE BASED UPON
SUBSTANTIAL ASSISTANCE**

Pursuant to the provisions of Section 5K1.1 of the United States Sentencing

Guidelines and Title 18, United States Code, § 3553(e), the United States moves this

Court to grant a two-level reduction in the defendant's total offense level, and in

support thereof states as follows:

**MEMORANDUM OF LAW**

The Court, on motion of the government, may reduce a defendant's sentence

to reflect a defendant's substantial assistance.  USSG § 5K1.1.  The defendant

provided truthful and timely information to the United States.  This information

substantially assisted the United States, resulting in the resolution of the instant case

prior to trial.

The United States recommends, because of his efforts on behalf of the United

States, a two-level reduction in his total offense level.

## CONCLUSION

For the foregoing reasons, this Court should grant the government's motion for downward departure of defendant's sentence.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:   */s/ Joseph K. Ruddy*
      Joseph K. Ruddy
      Assistant United States Attorney
      United States Attorney No. 037
      400 North Tampa Street, Suite 3200
      Tampa, Florida 33602
      Telephone:   (813) 274-6000
      Facsimile:   (813) 274-6178
      E-mail:      Joseph.Ruddy@usdoj.gov

2

**U.S. v. Carlos Alberto Arias**          **Case No. 8:19-cr-348-WFJ-AAS**

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

William Gottfried, Esquire

*/s/ Joseph K. Ruddy*
Joseph K. Ruddy
Assistant United States Attorney
United States Attorney No. 037
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone:  (813) 274-6000
Facsimile:  (813) 274-6178
E-mail:      Joseph.Ruddy@usdoj.gov

3